In the Matter of the Petition of JAMES DEMPSEY to Prove the Last Will and Testament of KATHARINE R. BRADY, Late of the County of Kings, Deceased. HOME FOR THE AGED, LITTLE SISTERS OF THE POOR, Appellant; JAMES DEMPSEY, as Executor, etc., of KATHARINE R. BRADY, Deceased, and Another, Respondents. — Order of the Surrogate's Court of Kings county denying appellant's motion for an order resettling an order framing issues affirmed, without costs. As appellant did not file an answer praying that the will be declared valid as to it even though it be held invalid as to Dempsey, the surrogate was justified in making the order appealed from. Appellant, if so advised, may move before the surrogate for permission to file such an answer. If its application be granted, in the exercise of discretion, it may then move for an order framing the additional issues. Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ., concur. [155 Misc. 242.]

ONOFRIO M. LA CAGNINA, Appellant, v. VITTORIA MESSENEO and Another, Respondents.— Judgment dismissing the complaint upon the merits in an action for an accounting reversed upon the law and the facts and a new trial granted, with costs to abide the event. We are of the opinion that finding of fact XI in the decision, to the effect that the defendants, at and prior to the purchase of the premises in question, did not conceal any offer or offers from the plaintiff and his assignor, is against the weight of the evidence. There are contrary findings made by the court at the request of plaintiff's attorney, which cannot be struck out or reversed, as there is sufficient evidence to support them. Under these circumstances, we are of the opinion that a new trial should be had. Young, Hagerty, Carswell, Davis and Johnston, JJ., concur.

LAND MARK CORPORATION, Appellant, v. 574–582 BEDFORD AVENUE CORPORATION, ADOLPH MANDEL, HENRY C. BERLIN and MANUFACTURERS TRUST COMPANY, Respondents.—Action against defendants other than the Manufacturers Trust Company for an accounting and for damages arising from the alleged misconduct in connection with the management of certain real property held by the plaintiff and 574–582 Bedford Avenue Corporation as tenants in common, and against the Manufacturers Trust Company to recover damages arising from the claimed negligent honoring of a check. Judgment dismissing the complaint on the merits as to the bank or depository and granting an accounting against the cotenant, but denying damages for claimed misconduct in the management of the joint property and its proceeds, unanimously affirmed, in so far as appealed from, with costs No opinion. Present — Young, Hagarty, Carswell, Scudder and Tompkins, JJ.